**LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.**
Michael D. Cassell, Esq.
744 Broad Street, 16th Floor, Room 28
Newark, New Jersey 07102
(973) 735-2700



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CSC TKR, INC. d/b/a CABLEVISION OF RARITAN VALLEY, <br><br> Plaintiff, <br><br> vs. <br><br> PETER MORAN, <br><br> Defendant. | 05 CV 0919 (MLC) <br><br> **STIPULATION OF DISMISSAL AND ORDER** |

**WHEREAS**, plaintiff CSC TKR, Inc. d/b/a Cablevision of Raritan Valley ("Cablevision" or plaintiff), having instituted this action against defendant Peter Moran (hereinafter "defendant" or "Moran") under the Communications Act of 1934, as amended, Title 47 U.S.C. § 553(a)(1), alleging defendant's use or assistance in use of an unauthorized pirate cable television decoding device purchased from Explorer Electronics on or about February 16, 2003; and,

**WHEREAS**, defendant Moran, without making any admissions to plaintiff's allegations and denying those allegations, does hereby wish to resolve plaintiff's claims under this Stipulation of Dismissal; and,

**WHEREAS**, the parties having reviewed the complaint and all other filings and communications in this Action and having investigated the plaintiff's claims and the potential defenses and counterclaims with respect thereto, and having voluntarily agreed to the terms of settlement set forth herein and in the separate Settlement Agreement contemporaneously entered into by the parties; it is hereby,

**ORDERED** that,

1. Any and all existing or potential claims alleged or which could have been alleged by and between plaintiff Cablevision and defendant under this action are hereby mutually released and discontinued with prejudice, with each party bearing its own respective costs and fees subject to the terms of the Settlement Agreement; and

2. Defendant Moran, any of his agents, or persons acting in concert with him or on his behalf, are hereby permanently enjoined and restrained from engaging in the unauthorized reception of the programming, signal or service of plaintiff, or in assisting in any such unauthorized reception, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using the cable wiring of plaintiff, or assisting in any such conduct, without plaintiff's authorization; and that jurisdiction is hereby retained by this Court for the purpose of enabling any of the parties to apply to this Court at any time for enforcement of compliance with the foregoing injunction and for punishment of any violations thereof; and

3. This Stipulation and Order may be filed by the Clerk of the Court without further notice.

Dated: 9/14/05

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By: _____
Michael D. Cassell (MC 0236)
744 Broad Street, 16th Floor, Room 28
Newark, New Jersey 07102
(973) 735-2700

Dated: 9/7/05

Attorneys for the Defendant
THE CAHN LAW FIRM

By: _____
Linda J. Cahn (LC 6530)
13 Lynn Court
Morristown, New Jersey 07960
(973) 538-3073

Dated: 9/6/05

Defendant
PETER MORAN

By: _____
Peter Moran
117 Countryside Drive
Basking Ridge, New Jersey 07920

SO ORDERED ON 9-30-05:

_____
U.S.D.J.

MDC/B21